United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14781-ref
Patrick Jules                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1            Date Rcvd: Jul 23, 2018
                              Form ID: 130            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db            +Patrick Jules,   2548 W. Tilghman Street,   Allentown, PA 18104-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Patrick  Jules dsgatn@rcn.com, r46641@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  
    Patrick Jules

Chapter: 13

Debtor(s)  

Bankruptcy No: 18–14781–ref

*O R D E R*

**AND NOW,** this 20th day of July, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 08/3/2018.
    Chapter 13 Plan due by 08/3/2018.
    Schedules AB–J due 08/3/2018.
    Statement of Financial Affairs due 08/3/2018.
    Summary of Assets and Liabilities Form B106 due 08/3/2018.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C–1 Due 8/3/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

5
Form 130