# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Patrick Jules, | : | Chapter 13 |
| | : | Bankruptcy No. 18-14781 REF |
|           Debtor(s) | : | |

## **ORDER**

Upon Debtor's Motion to Provide Further Time to File Schedules, and after notice and opportunity to be heard, it is hereby

ORDERED that the Debtor shall have until August 18, 2018 to file all remaining papers necessary to complete his bankruptcy schedules.

BY THE COURT:

**Date: August 6, 2018**

_____

Richard E. Fehling                                          B.J.