```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-14781-ref
Patrick Jules                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Aug 06, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
db          +Patrick Jules,   2548 W. Tilghman Street,   Allentown, PA 18104-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Patrick  Jules dsgatn@rcn.com,    r46641@notify.bestcase.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor   LoanCare, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                                                                                                           TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
    Patrick Jules,                       :        Chapter 13
                                                :        Bankruptcy No.  18-14781 REF
        Debtor(s)                     :

## ORDER

Upon Debtor's Motion to Provide Further Time to File Schedules, and after notice and opportunity to be heard, it is hereby

ORDERED that the Debtor shall have until August 18, 2018 to file all remaining papers necessary to complete his bankruptcy schedules.

BY THE COURT:

**Date: August 6, 2018**

_____
Richard E. Fehling                                        B.J.