American InfoSource
P.O. Box 248838
Oklahoma City, OK 73124


DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054


Ditech
P.O. Box 6172
Rapid City, SD 57709


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303


LoanCare
P.O. Box 8068
Virginia Beach, VA 23450


Marjorie Jules
2548 W. Tilghman Street
Allentown, PA 18104


PA Department of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Penn Credit Corp.
916 S. 14th Street
Harrisburg, PA 17104