**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                    Case No. 18-14781-ref
                                          Chapter 13
PATRICK JULES

Debtor(s).

## NOTICE OF APPEARANCE

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-C**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   _/s/ Christopher M. McMonagle, Esquire_
       Christopher M. McMonagle, Esquire,
       Bar No:  316043
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       cmcmonagle@sterneisenberg.com
       Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of October, 2018, to the following:

David S. Gellert, Esquire
David S. Gellert PC
1244 W. Hamilton Street, Suite 204
Allentown, PA 18102

***Attorney for Debtor(s)***

William Miller*R
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfemail@FredReigleCh13.com
***Chapter 13 Trustee***

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Patrick Jules
2548 W. Tilgham Street
Allentown, PA 18104
***Debtor(s)***

By:   */s/Christopher M. McMonagle, Esquire*