IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PATRICK JULES, | : | |
| | : | DOCKET NO.: 18-14781-REF |
|                DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|                MOVANT | : | HEARING DATE & TIME: |
| | : | OCTOBER 25, 2018, at 9:00 A.M. |
|          v. | : | |
| | : | |
| PATRICK JULES, | : | |
| | : | RELATED TO DOCKET NO.: 23 |
|                RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

      I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on October 24, 2018,

by:

**18-14781-REF Notice will be electronically mailed to:**

David S. Gellert at dsgatn@rcn.com, r46641@notify.bestcase.com

Raymond M. Kempinski at ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

William C. Miller at ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Thomas Young.Hae Song at paeb@fedphe.com

Ann E. Swartz at ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-14781-REF Notice will not be electronically mailed to:**

EXECUTED ON:  October 25, 2018

                                                Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov