**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Patrick Jules | Chapter 13 |
|         Debtor | Bankruptcy No. 18-14781-REF |
|   and | |
| Marjorie Jules | |
|         Co-Debtor | |
| | |
| LoanCare, LLC, or its Successor or Assignee | |
|         Movant | |
|     vs. | |
| WILLIAM MILLER*R , Trustee | |
| Patrick Jules | |
| Marjorie Jules | |
|         Respondents | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

LoanCare, LLC or its Successor or Assignee, filed a Motion for Relief from the Automatic Stay with the court requesting Relief from the automatic stay as to property at 2548 W Tilgham Street, Allentown, Pennsylvania 18104.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 27, 2018 you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            The Madison Building, 400 Washington Street
            Reading, Pennsylvania 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Raymond M. Kempinski, Esquire
            McCabe, Weisberg & Conway, LLC
            123 S. Broad Street, Suite 1400
            Philadelphia, PA 19109
            Phone: 215-790-1010
            Fax: 215-790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and

attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.       A hearing on the motion is scheduled to be held before the Richard E. Fehling on December 6, 2018 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street , Reading, Pennsylvania 19601.

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 13, 2018