**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Patrick Jules<br>　　　　　　Debtor<br>　　　and<br><br>Marjorie Jules<br>　　　　　　Co-Debtor<br><br>LoanCare, LLC, or its Successor or Assignee<br>　　　　　　Movant<br>　　vs.<br><br>WILLIAM MILLER*R , Trustee<br>Patrick Jules<br>Marjorie Jules<br>　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 18-14781-REF |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　　I, Raymond M. Kempinski, attorney for LoanCare, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 13, 2018

| | | |
|---|---|---|
| Patrick Jules<br>2548 W. Tilghman St.<br>Allentown, PA18104<br><br>Marjorie Jules<br>2548 W. Tilghman Street<br>Allentown, Pennsylvania 18104<br>Co-Debtor | David S. Gellert<br>David S. Gellert PC<br>1244 W. Hamilton Street<br>Suite 204<br>Allentown, PA18102<br><br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA19107 | WILLIAM MILLER*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 |

　　　　　　　　/s/ Raymond M. Kempinski, Esquire
　　　　　　　　ANN E. SWARTZ, ESQUIRE, ID # 201926
　　　　　　　　ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
　　　　　　　　RAYMOND M. KEMPINSKI, ESQUIRE, ID # 93839
　　　　　　　　Attorney for LoanCare, LLC
　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　Philadelphia, PA 19109
　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　Email: ecfmail@mwc-law.com