United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick Jules  
      Debtor

Case No. 18-14781-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 24, 2019  
                            Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14199274         E-mail/Text: bankruptcy.bnc@ditech.com Apr 25 2019 02:28:59      DITECH FINANCIAL LLC,  
        P.O. BOX 6154,   RAPID CITY SD 57709-6154  
                                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
        ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
         cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
        DAVID S. GELLERT    on behalf of Debtor Patrick   Jules dsgatn@rcn.com, r46641@notify.bestcase.com
        JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
         RA-occbankruptcy6@state.pa.us
        MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        RAYMOND M. KEMPINSKI    on behalf of Creditor    LoanCare, LLC raykemp1006@gmail.com,
         raykemp1006@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                            TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14781-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Patrick Jules
2548 W. Tilghman Street
Allentown PA 18104

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/26/19

Tim McGrath
**CLERK OF THE COURT**