## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patrick Jules<br><br>          Debtor<br>   and<br><br>  Marjorie Jules<br><br>        Codebtor<br><br>LoanCare, LLC, or its Successor or Assignee<br>          Movant<br>    vs.<br><br>Scott Waterman, Trustee<br>Patrick Jules<br>Marjorie Jules<br>        Respondents | Chapter 13<br>Bankruptcy No. 18-14781-REF |

### ORDER GRANTING AMENDED SETTLEMENT STIPULATION

It is hereby ORDERED that the Amended Stipulation Settling the Motion of LoanCare, LLC for Relief from the Automatic Stay is hereby APPROVED.

**Date: April 30, 2019**

_____

United States Bankruptcy Judge