United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14781-ref
Patrick Jules                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1                  Date Rcvd: Apr 30, 2019
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db             +Patrick Jules,    2548 W. Tilghman Street,    Allentown, PA 18104-4952
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr             +THE BANK OF NEW YORK MELLON et al...,    Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DAVID S. GELLERT    on behalf of Debtor Patrick  Jules dsgatn@rcn.com, r46641@notify.bestcase.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    LoanCare, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Patrick Jules<br><br>                Debtor<br>    and<br><br>Marjorie Jules<br><br>               Codebtor<br><br>LoanCare, LLC, or its Successor or Assignee<br>               Movant<br>     vs.<br><br>Scott Waterman, Trustee<br>Patrick Jules<br>Marjorie Jules<br>               Respondents | Chapter 13<br>Bankruptcy No. 18-14781-REF |

**ORDER GRANTING AMENDED SETTLEMENT STIPULATION**

It is hereby ORDERED that the Amended Stipulation Settling the Motion of LoanCare, LLC for Relief from the Automatic Stay is hereby APPROVED.

**Date: April 30, 2019**

_____
United States Bankruptcy Judge