# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
    PATRICK JULES,  :   Chapter 13
                             :   Bankruptcy No. 18-14781 amc
      Debtor  :

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed, it is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel on November 25, 2019.

BY THE COURT:

12/14/19

_____
Ashely M. Chan
United States Bankruptcy Judge

Interested parties:

Rolando Ramos-Cardona,, Esquire
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102

Patrick Jules
2548 W. Tilghman Street
Allentown, PA 18104