```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                                 Case No. 18-14781-amc
Patrick Jules                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                    Page 1 of 2                    Date Rcvd: Dec 12, 2019
                              Form ID: pdf900              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
```
db            +Patrick Jules,    2548 W. Tilghman Street,    Allentown, PA 18104-4952
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr            +THE BANK OF NEW YORK MELLON et al...,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
               Warrington, PA 18976-3403
14207996      +City of Allentown,    Revenue and Audit Bureau,    435 Hamilton St Rm 215,
               Allentown PA 18101-1603
14430294      +David S. Gellert, Esquire,    1244 Hamilton Street,    Suite 204,   Allentown, PA 18102-4699
14171046      +Ditech Financial LLC,    KML Law Group, P.C.,    710 Market Street, Ste 5000,
               Philadelphia, PA 19106-2312
14309517       LOANCARE, LLC,    C/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
               1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14168034      +LoanCare,    P.O. Box 8068,   Virginia Beach, VA 23450-8068
14205859      +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14218700      +The Bank of New York Mellon,    c/o Christopher M. McMonagle, Esq.,
               1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14254235       US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2019 03:33:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14168029      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 03:39:10      American InfoSource,
               P.O. Box 248838,    Oklahoma City, OK 73124-8838
14168030      +E-mail/Text: mrdiscen@discover.com Dec 13 2019 03:32:49     DB Servicing Corporation,
               P.O. Box 3025,    New Albany, OH 43054-3025
14199274       E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2019 03:32:55     DITECH FINANCIAL LLC,
               P.O. BOX 6154,    RAPID CITY SD 57709-6154
14187323       E-mail/Text: mrdiscen@discover.com Dec 13 2019 03:32:49     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14168031      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2019 03:32:55     Ditech,    P.O. Box 6172,
               Rapid City, SD 57709-6172
14168032      +E-mail/Text: cio.bncmail@irs.gov Dec 13 2019 03:32:53     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14168033       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 13 2019 03:33:17     Jefferson Capital Systems,
               16 McLeland Road,    Saint Cloud, MN 56303
14168035      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:32:58     PA Department of Revenue,
               Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0001
14199565       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:32:58
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg PA 17128-0946
14204493       E-mail/Text: bkdepartment@rtresolutions.com Dec 13 2019 03:33:17
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14312351*     +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
14183073     ##+Penn Credit Corp.,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Dec 12, 2019
                              Form ID: pdf900          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DAVID S. GELLERT    on behalf of Debtor Patrick  Jules dsgatn@rcn.com, r46641@notify.bestcase.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              LAUREN  MOYER    on behalf of Creditor    LoanCare, LLC lmoyer@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    LoanCare, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 15
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
    PATRICK JULES,  :  Chapter 13
      :  Bankruptcy No. 18-14781 amc
    Debtor  :

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed, it is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel on November 25, 2019.

BY THE COURT:

12/14/19

Ashely M. Chan
United States Bankruptcy Judge

Interested parties:

Rolando Ramos-Cardona,, Esquire
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102

Patrick Jules
2548 W. Tilghman Street
Allentown, PA 18104