# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

|  |  |  |
|---|---|---|
|  | : |  |
| Patrick Jules, | : | Chapter 13 |
|  | : | Bankruptcy No. 18-14781 amc |
| Debtor | : |  |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 20th day of December 2019, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that he received no response or request for hearing and that no response or request for hearing has been filed with the Court with respect to the Notice dated November 25, 2019 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070  Fax: 610-776-7072