# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Patrick Jules, | : | Chapter 13 |
|  | : | Bankruptcy No. 18-14781 amc |
| Debtor(s) | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive compensation in the amount of $3,905.00 and reimbursement of expenses in the amount of $360.50 for total compensation and expenses in the amount of $4,265.50; $1,310.00 of which has been paid.

BY THE COURT:

**Date: December 30, 2019**

B.J.