United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick Jules  
      Debtor

Case No. 18-14781-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Dec 30, 2019  
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
db        +Patrick Jules,   2548 W. Tilghman Street,   Allentown, PA 18104-4952  
cr        +THE BANK OF NEW YORK MELLON et al...,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:  
      ALEXANDRA T. GARCIA   on behalf of Creditor   LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      ANN E. SWARTZ   on behalf of Creditor   LoanCare, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   THE BANK OF NEW YORK MELLON et al... cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
      DAVID S. GELLERT   on behalf of Debtor Patrick Jules dsgatn@rcn.com, r46641@notify.bestcase.com  
      FRANCIS THOMAS TARLECKI   on behalf of Creditor   LoanCare, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
      JOSEPH JASPER SWARTZ   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
      LAUREN MOYER   on behalf of Creditor   LoanCare, LLC lmoyer@mwc-law.com  
      MARIO J. HANYON   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com  
      RAYMOND M. KEMPINSKI   on behalf of Creditor   LoanCare, LLC raykemp1006@gmail.com, raykemp1006@gmail.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com  
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   LoanCare, LLC paeb@fedphe.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
      TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| **Patrick Jules,** : | Chapter 13 |
| : | Bankruptcy No. 18-14781 amc |
| **Debtor(s)** : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive compensation in the amount of $3,905.00 and reimbursement of expenses in the amount of $360.50 for total compensation and expenses in the amount of $4,265.50; $1,310.00 of which has been paid.

BY THE COURT:

_____

B.J.

**Date: December 30, 2019**